United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEILA WILLIAMS F/K/A SHEILA FOSTER, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv1100 |
| UNITED AIRLINES, INC., *Defendant.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 12, 2023 (Dkt. 12) and Plaintiff's objections (Dkt. 13), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore ORDERED that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's claims against United Airlines, Inc. are **DISMISSED WITHOUT PREJUDICE** as to the merits of the claims but **DISMISSED WITH PREJUDICE** as to reconsideration of federal court subject matter jurisdiction over Plaintiff's Americans with Disabilities Act discrimination claim.

All claims having been dismissed, this is a Final Order. The court will enter a separate Final Judgment.

**SIGNED** at Houston, Texas this 28th day of September, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE